**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                       **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                           **GREENBELT, MARYLAND  20770**
                                                                                            **301-344-0632**

### MEMORANDUM

TO:        Counsel of Record

FROM:    Judge Peter J. Messitte

RE:        <u>Canada-Malcolm v. Prince George's County, Maryland, et al.</u>
                Civil No. PJM 14-2150

DATE:    August 11, 2015

* * *

On June 15, 2015, the Court received the Parties' Joint Status Report. ECF No. 15. In it, the parties indicate that they were in the process of scheduling the depositions of Defendants and fact witnesses. However, the parties never proposed (nor did the Court specify) new deadlines for the close of discovery, requests for admission, and dispositive motions.

The Court therefore **DIRECTS** the parties, within five (5) days of the date of this Order, to submit a joint Motion to Modify the Scheduling Order that specifies new deadlines for discovery, requests for admission, dispositive motions, and any other outstanding matters.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                           /s/
                                                      PETER J. MESSITTE
                                       UNITED STATES DISTRICT JUDGE

cc:        Court File